HANTEN BOND COMPANY, Respondent, v. PATTERSON
et al., Appellants.

(156 N. W. 70.)

(File No. 3849.   Opinion filed February 1, 1916.)

**Appeals—Error—Brief—Failure to File Brief in Time—Order to
Show Cause, No Response—Affirmance.**

Appellant failed to serve and file briefs within statutory
period; and, upon an order to show cause procured by respond-
ent, appellant having failed to respond thereto, held, the appeal
will be deemed abandoned, and the judgment below affirmed.

Appeal from Circuit Court, Codington County.   Hon. CARL
G. SHERWOOD, Judge.

Action by the Hanten Bond Company, a corporation, against
J. A. Patterson and others, constituting the County Board of
Equalization of Codington County.   From a judgment for plain-
tiff, defendants appeal.   Affirmed.

*A. J. Haugan,* for Appellants.

*Hanten & Hanten,* and *Perry F. Gault,* for Respondent.

POLLEY, P. J.   In this case notice of appeal was served
on the respondent on the 29th day of June, 1915, and certified
copy thereof filed in this court on the 8th day of July, 1915.   On
the 10th day of December, 1915, the record was settled and filed
by the trial court.   Appellant having failed to serve or file his
brief within the time allowed by law, respondent procured an

order citing appellant to show cause why the judgment appealed from should not be affirmed because of appellant's failure to prosecute said appeal. To said order appellant made no response, nor have any steps been taken to prosecute said appeal.

This being the case, the appeal will be deemed to have been abandoned, and the judgment appealed from is affirmed.